UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JASON WILLIAM K.,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.: 3:26-cv-04789-GPC-AHG

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD**

**[ECF No. 5]**

Before the Court is the parties' Joint Motion for Extension of Time to File the Administrative Record ("AR"). ECF No. 5.

Parties seeking to continue a deadline must demonstrate good cause. Chmb.R. at 2 (stating that any request for continuance requires "[a] showing of good cause for the request"); *see* FED. R. CIV. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time"). "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d

604, 609 (9th Cir. 1992) ("[T]he focus of the inquiry is upon the moving party's reasons for seeking modification. … If that party was not diligent, the inquiry should end.") (internal citation omitted).

Here, the deadline for Defendant to file the AR in this case is October 20, 2026. *See* CivLR 7.1(e)(6)(d) ("The certified administrative record filed by the Social Security Administration will suffice as the agency's answer to the complaint, and will be due sixty days after transmission of the Notice of Electronic Filing of the complaint"); *see also* ECF No. 2 (the Notice of Electronic Filing, filed on August 21, 2026). Defendant's counsel represents to the Court that the agency "is currently preparing" the AR and that work on the AR "has progressed." ECF No. 5-1 at 2. However, the agency needs additional time to prepare the AR because there "was an issue processing the transcript in this case and a new transcript must be created." *Id.* As such, the parties request a 30-day extension. ECF No. 5 at 2.

Upon due consideration, the Court finds good cause to **GRANT** the parties' joint motion. ECF No. 5. The deadline for Defendant to serve the Certified Administrative Record is continued to **November 19, 2026**.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Honorable Allison H. Goddard
United States Magistrate Judge